UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| ARGELIO TORRES-LOPEZ | ) | |
| | ) | |
| v. | ) | NO. 1:06-CV-43 |
| | ) | (CR. 1:03-CR-163) |
| UNITED STATES OF AMERICA | ) | Judge Curtis L. Collier |

## O R D E R   O F   J U D G M E N T

In accordance with the accompanying Memorandum Opinion, this *pro se* motion to vacate, set aside, or correct sentence, filed pursuant to 28 U.S.C. § 2255, is **DISMISSED WITHOUT PREJUDICE** as premature. Should Argelio Torres-Lopez ("Petitioner") file a notice of appeal, he is **DENIED** a certificate of appealability, *see* Fed. R. App. 22(b), because he has failed to make a substantial showing of the denial of a constitutional right by demonstrating reasonable jurists would debate the correctness of the Court's procedural ruling in this case. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

**SO ORDERED.**

**ENTER**:

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**